RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/22/08
    GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STEPHEN ANTHONY BAPTISTE | CIVIL ACTION NO: 07-1910 |
| VERSUS | JUDGE HAIK |
| BROUSSARD BROTHERS, INC. | MAG. JUDGE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause be dismissed.

Signed this 21st day of April, 2008, at Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE